Bill ARVIN, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky

January 17, 1947.

S. H. Rice for appellant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

DARBY COAL CORPORATION, Appellant, v. R. F. WILLIAMS et al., Appellees.

Court of Appeals of Kentucky

January 24, 1947.

James Sampson and Sampson & Sampson for appellant.

George R. Pope for appellees.

PER CURIAM.

Appeal denied. Judgment affirmed.